# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LAURA REBECCA BARWICK**                               **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:16-cv-77 CWR-FKB**

**WAL-MART STORES, INC.**                               **DEFENDANT**

## WAL-MART'S NOTICE OF SERVICE
## OF DESIGNATION OF EXPERT WITNESSES

TO:     Wren C. Way
         Way, Field, & Bodron
         1001 Locust Street
         Vicksburg, Mississippi 39183

Notice is hereby given that Wal-Mart Stores, Inc., incorrectly named as the proper party, and the proper party, Wal-Mart Stores East, LP, have this date served in the above entitled action:

*Defendants' Designation of Expert Witnesses.*

Respectfully submitted this the 7th day of November, 2016.

                                **WAL-MART STORES, INC. and**
                                **WAL-MART STORES EAST, LP**

                                By:    *s/   Thomas M. Louis*
                                     THOMAS M. LOUIS (MSB #8484)
                                     DORISSA S. SMITH (MSB #104541)

OF COUNSEL:

WELLS, MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
tlouis@wellsmarble.com
dsmith@wellsmarble.com

## **CERTIFICATE OF SERVICE**

  I, Thomas M. Louis, hereby certify that a copy of this document was filed using the court's ECF system, which should have automatically emailed a copy to:

Wren C. Way
Way, Field, & Bodron
1001 Locust Street
Vicksburg, Mississippi 39183

Dated this the 7th day of November, 2016.

                  *s/ Thomas M. Louis*
                  Thomas M. Louis