# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LAURA REBECCA Plaintiff**                                               **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:16-cv-77 CWR-FKB**

**WAL-MART STORES, INC.**                                       **DEFENDANT**

## WAL-MART'S MOTION FOR SUMMARY JUDGMENT

**COME NOW**, Wal-Mart Stores, Inc., improperly named as a defendant, and the proper defendant, Wal-Mart Stores East, LP (collectively "Wal-Mart"), by and through their attorneys and pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, and hereby move the Court to enter summary judgment in their favor and against the Plaintiff.

## PLEADINGS AND PAPERS RELIED UPON IN SUPPORT OF
## WAL-MART'S MOTION FOR SUMMARY JUDGMENT

Wal-Mart's Motion for Summary Judgment is supported by its memorandum brief and the following pleadings and papers in this cause:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | **Complaint** |
| B | **Brief in Support of Motion for Summary Judgment** |

**WHEREFORE, PREMISES CONSIDERED**, Wal-Mart respectfully requests that the Court grant this motion for summary judgment and dismiss Plaintiff's Complaint with prejudice.

This the 5th day of December, 2016.

                         **WAL-MART STORES, INC. and**
                               **WAL-MART STORES EAST, LP**

                          By:    *s/ Dorissa S. Smith*
                             THOMAS M. LOUIS (MSB #8484)
                             DORISSA S. SMITH (MSB #104541)

OF COUNSEL:

WELLS, MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
tlouis@wellsmarble.com
dsmith@wellsmarble.com

## **CERTIFICATE OF SERVICE**

      I, Dorissa S. Smith, hereby certify that a copy of this document was filed using the court's ECF system, which should have automatically emailed a copy to:

Wren C. Way
Way, Field, & Bodron
1001 Locust Street
Vicksburg, Mississippi 39183

Dated this the 5th day of December, 2016.

                                                 *s/ Dorissa S. Smith*
                                                 Dorissa S. Smith