## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

LAURA REBECCA BARWICK                                      PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:16-cv-77 CWR-FKB

WAL-MART STORES, INC.                                     DEFENDANT

### DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTIONS IN LIMINE

COME NOW the Defendants, Wal-Mart Stores, Inc., and the proper party, Wal-Mart Stores East, LP by and through counsel of record, and hereby withdraw their Motions in Limine filed on this date [Doc. 18].

Respectfully submitted this the 24th day of February, 2017.

                                       **WAL-MART STORES, INC. and**
                                       **WAL-MART STORES EAST, LP**

                                       By:    *s/ Dorissa S. Smith*
                                             THOMAS M. LOUIS (MSB #8484)
                                             KENNA L. MANSFIELD, JR. (MSB #1855)
                                             DORISSA S. SMITH (MSB #104541)

OF COUNSEL:

WELLS, MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
tlouis@wellsmarble.com
kmansfield@wellsmarble.com
dsmith@wellsmarble.com

## CERTIFICATE OF SERVICE

I, Dorissa S. Smith, hereby certify that a copy of this document was filed using the court's ECF system, which should have automatically emailed a copy to:

Wren C. Way
Way, Field, & Bodron
1001 Locust Street
Vicksburg, Mississippi 39183

Dated this the 24th day of February, 2017

                                                       *s/ Dorissa S. Smith*
                                                       Dorissa S. Smith